### CYRUS GRIFFIN *v.* COMMISSIONER OF CORRECTION

The petitioner Cyrus Griffin's petition for certification for appeal from the Appellate Court, 119 Conn. App. 239 (AC 30369), is denied.

*Jon D. Golas*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 10, 2010

### RONALD LABOW ET AL. *v.* MYRNA LABOW ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 419 (AC 29217), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Myrna LaBow*, pro se, in support of the petition.

*Stewart I. Edelstein* and *Barbara M. Schellenberg*, in opposition.

Decided March 17, 2010